| | |
|---|---|
| 1 | CHET A. KRONENBERG (State Bar No. 222335) |
| | ckronenberg@stblaw.com |
| 2 | JOSHUA A. NEIMAN (State Bar No. 293877) |
| | joshua.neiman@stblaw.com |
| 3 | JOANNE S. JENNINGS (State Bar No. 298009) |
| | joanne.jennings@stblaw.com |
| 4 | SIMPSON THACHER & BARTLETT LLP |
| | 1999 Avenue of the Stars, 29th Floor |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 407-7500 |
| 6 | Facsimile: (310) 407-7502 |
| 7 | Attorneys for Defendant VIVINT, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NOORI, as an individual, and on behalf of the putative class,<br><br>Plaintiff(s)<br><br>vs.<br><br>VIVINT, INC., a foreign corporation doing business in California; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:16-cv-02007<br><br>**NOTICE OF REMOVAL**<br><br>(Los Angeles County Superior Court Case No. BC611434)<br><br>(Action Filed Feb. 24, 2016) |

Notice of Removal

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Vivint, Inc. ("Vivint") hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. Section 1331 and 1441(a) and removes this action from state court to federal court pursuant to 28 U.S.C. Section 1446. In support thereof, Vivint asserts as follows:

**I.      Statement of the Case**

1. On February 24, 2016, Plaintiff Frank Noori ("Plaintiff") filed a claim in the Superior Court of the State of California for the County of Los Angeles styled *Noori v. Vivint, Inc.*, designated as Case Number BC611434 (the "Action"). A true and correct copy of the summons, complaint, and associated papers served upon Vivint in the Action is attached hereto as Exhibit A.

2. Plaintiff asserts two employment-related causes of action in his Complaint against Vivint. These causes of action are: (i) violation of California's prohibition against using information regarding convictions which have been judicially dismissed in determining any condition of employment, codified at Cal. Labor Code § 432.7; and (ii) violations of the federal Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. § 1681, *et seq.* Plaintiff brings his first claim as a representative action pursuant to California's Private Attorneys General Act, Cal. Labor Code § 2699, on behalf of himself and all other California residents hired by Vivint from January 1, 2014 through the resolution of this action whose convictions dismissed under Cal. Pen. Code § 1203.4 were the subject of an inquiry or were used as a factor in determining any condition of employment. Plaintiff brings his FCRA claim as a class action on behalf of all United States residents who were the subject of a consumer report prepared at the request of Vivint for employment purposes and who were provided a disclosure form similar to that which Plaintiff appended to his Complaint as Exhibit 4 from February 24, 2014 through the resolution of this action .

## II. Basis for Removal Jurisdiction: Federal Question

3. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff's second cause of action arises under the FCRA, which is a law of the United States.

4. Specifically, Plaintiff's Complaint alleges that Vivint failed to provide a clear and conspicuous statement in a standalone disclosure of its intention to obtain a consumer report for employment purposes—an action that Plaintiff claims is in violation of the FCRA. Thus, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law, and this Action is one which may be removed to this Court by Vivint pursuant to 28 U.S.C. § 1331 and § 1441(a) because this Court would have had original jurisdiction founded on Plaintiff's claim arising under the FCRA.

5. Additionally, this Court has supplemental jurisdiction over the remaining state law claim, because the claims together "form part of the same case or controversy." 28 U.S.C. §1367(a). A state claim is part of the same case or controversy if it shares a "'common nucleus of operative fact'" with the federal claim, and if they would normally be tried together. *Trustees of the Constr. Indus. & Laborers Health & Welfare Trust. v. Desert Valley Landscape & Maint., Inc.*, 333 F. 3d 923, 925 (9th Cir. 2003). Here, both claims (i) involve the same parties; (ii) are connected to Plaintiff's application and onboarding for employment with Vivint; (ii) concern the paperwork allegedly used by Vivint to make employment-related decisions; and (iv) relate to events occurring within the same four-week timeframe. This is a case in which, due to the substantial "'advantages of economy and convenience'" with "'no unfairness to litigants,'" the Court "may freely address pendent state claims." *Bale v. Gen. Tel. Co. of California*, 795 F.2d 775, 778 (9th Cir. 1986).

## III. All Procedural Requirements for Removal Have Been Satisfied

6. Removal of this Action is timely. Defendant first received a

1  copy of the Complaint on February 24, 2016 by obtaining a copy of the document
2  from the Los Angeles County Superior Court website.  Vivint accepted service of
3  the Complaint on March 17, 2016.  A true and correct copy of Vivint's Notice and
4  Acknowledgement of Receipt—Civil is attached hereto as Exhibit B.  Therefore,
5  this Notice of Removal is "filed within 30 days after the receipt by the defendant,
6  through service or otherwise, of a copy of the initial pleading setting forth the claim
7  for relief upon which such action or proceeding is based . . . ."  28 U.S.C.
8  § 1446(b)(1).

9        7.    Upon information and belief, Vivint is the only non-Doe
10 defendant in this action and the only defendant that has been served in this action
11 and, therefore, no consent of additional parties is required.

12       8.    Venue lies in the United States District Court for the Central
13 District of California pursuant to 28 U.S.C. § 1441(a) because the Action was filed
14 in this District.

15       9.    As stated above, pursuant to 28 U.S.C. § 1446(a), a true and
16 correct copy of all process, pleadings and orders served upon Vivint in the Action
17 are attached hereto as Exhibit A.

18       10.    Written notice of the filing of this Notice of Removal will be
19 promptly served upon Plaintiff.  Vivint will also promptly file a copy of this Notice
20 with the Clerk of the Superior Court of California, County of Los Angeles.

21       WHEREFORE, Vivint prays that the above action now pending
22 against it in Superior Court in the State of California, County of Los Angeles be
23 removed to this Court.

24
25
26
27
28

1 | Dated:  March 23, 2016

2 |                                          SIMPSON THACHER & BARTLETT LLP

4 |                                          By */s/ Chet A. Kronenberg*
  |                                               CHET A. KRONENBERG
5 |                                               JOSHUA A. NEIMAN
  |                                               JOANNE S. JENNINGS

  |                                          Attorneys for Defendant
7 |                                          VIVINT, INC.